UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT OWENSBORO

FILED
VANESSA L. ARMSTRONG, CLERK
JUL 15 2020
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES OF AMERICA

v.

BOBBY D. PAYNE

INDICTMENT

NO. 4:20CR-7-JHM

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(2)
18 U.S.C. § 924(d)
21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(A)(viii)
21 U.S.C. § 853
28 U.S.C. § 2461

The Grand Jury charges:

## COUNT 1
*(Distribution of Methamphetamine)*

On or about January 30, 2019, in the Western District of Kentucky, Henderson County, Kentucky, the defendant, **BOBBY D. PAYNE**, knowingly and intentionally possessed with the intent to distribute and distributed 50 grams or more of methamphetamine, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

The Grand Jury further charges:

## COUNT 2
*(Distribution of Methamphetamine)*

On or about February 20, 2019, in the Western District of Kentucky, Henderson County, Kentucky, the defendant, **BOBBY D. PAYNE**, knowingly and intentionally possessed with the intent

-2-

to distribute and distributed 50 grams or more of methamphetamine, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

The Grand Jury further charges:

## COUNT 3
*(Felon in Possession of Firearm)*

On or about February 21, 2019, in the Western District of Kentucky, Henderson County, Kentucky, the defendant, **BOBBY D. PAYNE**, with knowledge that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit:

> On or about April 17, 2017, in Henderson Circuit Court, Henderson County, Kentucky, Case Number 16-CR-00428, **BOBBY D. PAYNE**, was convicted of the offenses of First-Degree Trafficking in a Controlled Substance (More than 2 grams of Methamphetamine) and First-Degree Possession of a Controlled Substance, each a felony;

knowingly possessed in and affecting interstate commerce the following firearms, to wit: (1) a Ruger, model 08605, 9 millimeter semiautomatic pistol, bearing serial number 860-34829; (2) a Taurus, model PT709 Slim, 9 millimeter semiautomatic pistol, bearing serial number TG047652; and (3) a SCCY Industries, Model CPX-2, 9 millimeter semiautomatic pistol, bearing serial number 717195, and ammunition.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

-3-

NOTICE OF FORFEITURE
-----

As a result of committing offenses in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii) as alleged in Counts 1 and 2 of this Indictment, felonies punishable by imprisonment for more than one year, the defendant, **BOBBY D. PAYNE**, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting, or derived from, proceeds the defendant obtained, directly or indirectly, as a result of said offenses, and any and all of the defendant's property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of the violations alleged in this Indictment.

Further, as a result of committing an offense in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2), as specifically charged in Count 3 of this Indictment, **BOBBY D. PAYNE**, defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461, all firearms, magazines, and ammunition involved in the commission of said offense, including but not limited to the following firearms, to wit: (1) a Ruger, model 08605, 9 millimeter semiautomatic pistol, bearing serial number 860-34829; (2) a Taurus, model PT709 Slim, 9 millimeter semiautomatic pistol, bearing serial number TG047652; and (3) a SCCY Industries, Model CPX-2, 9 millimeter semiautomatic pistol, bearing serial number 717195, and ammunition.

A TRUE BILL.

**REDACTED**

*Russell M. Coleman* (signature)
RUSSELL M. COLEMAN
UNITED STATES ATTORNEY

RMC:SAH

UNITED STATES OF AMERICA v. **BOBBY D. PAYNE**

## PENALTIES

Counts 1 & 2:   NL 10 yrs./NM Life/$10,000,000/both/NL 5 yrs./NM Life Supervised Release (each count)
                (NL 15 yrs./NM Life/$20,000,000/both/NL 10 yrs./NM Life Supervised Release (with notice of one prior conviction))
                (NL 25 yrs.NM Life//$20,000,000/both/NL 10 yrs./NM Life Supervised Release (with notice of two prior convictions))
Counts 3:       NM 10 yrs./$250,000/both/NM 3 yrs. Supervised Release (each count)
                (NL 15 yrs./NM Life/$250,000/both/NM 5 yrs. Supervised Release with three qualifying prior convictions pursuant to 18 U.S.C. 924(e))
Forfeiture

## NOTICE

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| | | | |
|---|---|---|---|
| Misdemeanor: | $ 25 per count/individual<br>$125 per count/other | Felony: | $100 per count/individual<br>$400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due _immediately_ unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following**:

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

   For offenses occurring after December 12, 1987:

   No **INTEREST** will accrue on fines under $2,500.00.

   **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

   **PENALTIES** of:

   10% of fine balance if payment more than 30 days late.

   15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

   18 U.S.C. §§ 3612, 3613

   If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law.  18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made **payable to the Clerk, U.S. District Court** and delivered to the appropriate division office listed below:

| | |
|---|---|
| LOUISVILLE: | Clerk, U.S. District Court<br>106 Gene Snyder U.S. Courthouse<br>601 West Broadway<br>Louisville, KY  40202<br>502/625-3500 |
| BOWLING GREEN: | Clerk, U.S. District Court<br>120 Federal Building<br>241 East Main Street<br>Bowling Green, KY  42101<br>270/393-2500 |
| OWENSBORO: | Clerk, U.S. District Court<br>126 Federal Building<br>423 Frederica<br>Owensboro, KY  42301<br>270/689-4400 |
| PADUCAH: | Clerk, U.S. District Court<br>127 Federal Building<br>501 Broadway<br>Paducah, KY  42001<br>270/415-6400 |

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.

FORM DBD-34
JUN.85

No. 4:20CR-7-JHM

# UNITED STATES DISTRICT COURT
Western District of Kentucky
At Bowling Green

THE UNITED STATES OF AMERICA

v.

## BOBBY D. PAYNE

FILED
VANESSA L. ARMSTRONG, CLERK
JUL 15 2020
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

### INDICTMENT

#### Count 1 - 2
*Distribution of Methamphetamine*
21 U.S.C. § 841(a)(1) and (b)(1)(A)(viii)

#### Count 3
*Felon in Possession of Firearm*
18 U.S.C. §§ 922(g)(1) and 924(a)(2)

#### Forfeiture

*A true bill.*

_____   **REDACTED**

_____

*Filed in open court this 15th day of July, 2020.*

_____
                                   *Clerk*

*Bail, $*